## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

ANTHONY MILLS                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:26CV37-MPM-RP

ARLENE BLUTH                                                                     DEFENDANT

### FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated March 26, 2026, was on that date served via United States Postal Service; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. In fact, both the Notice of Assignment (ECF 3) and the Report and Recommendations (ECF 6) have both been returned as undeliverable. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1.      That the report and recommendation of the United States Magistrate Judge dated March 26, 2026, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2.      The complaint is DISMISSED and this case is closed.

SO ORDERED, this the 14th day of May, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI